Kari A. Rudd (SBN 268288)
Juliana Fredman (SBN 282924)
Claire Johnson Raba (SBN 271691)
BAY AREA LEGAL AID
1035 Market St. 6th Floor
San Francisco, CA 94103
Phone: (415) 982.1300
Fax: (415) 982.4243
Email: krudd@baylegal.org

Attorneys for Plaintiff
CHERYL KETTELL


Harijot S. Khalsa, Esq. (SBN 277242)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA 92108
Tel: 619/758-1891
Fax: 619/296-2013
hskhalsa@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Defendant
UNIVERSITY ACCOUNTING SERVICE


**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| CHERYL KETTELL,<br><br>                    Plaintiff,<br>     v.<br><br>UNIVERSITY ACCOUNTING SERVICE;<br>AND DOES 1-20 INCLUSIVE.<br><br>                    Defendants. | Case No. 15-cv-05629-WHO<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

IT IS HEREBY STIPULATED by and between plaintiff Cheryl Kettell (Plaintiff) and defendant University Accounting Service (Defendant) that the entire action be dismissed with prejudice pursuant

- 1 -
STIPULATION FOR DISMISSAL

to Federal Rule of Civil Procedure 41(a)(2), with the Court retaining jurisdiction to enforce the settlement agreement.

Except as set forth in the settlement agreement between the parties, each party shall bear its own attorneys' fees and costs.

Dated:  September 26, 2016

                                                  BAY AREA LEGAL AID

                                                  */s/ Kari A. Rudd*_____
                                                  Kari A. Rudd
                                                  Attorney for Plaintiff
                                                  CHERYL KETTELL

                                                  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                                  */s/ Harijot S. Khalsa*_____
                                                  Harijot S. Khalsa, Esq.
                                                  Attorney for Defendant
                                                  UNIVERSITY ACCOUNTING SERVICE

**ORDER**

Pursuant to the stipulation of the parties the entire action is hereby dismissed with prejudice, each party shall bear its own costs and fees, and the Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement

IT IS SO ORDERED.

Date:   September 30, 2016

                                                  Hon. William H. Orrick
                                                  U.S. Dist. Judge